IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Harris and Steven Thompson, Appellants | : : : | |
| v. | : : | No. 169 C.D. 2022 |
| SEPTA Police Detective Daniel Burgmann, SEPTA Police Detective Stewart, SEPTA Police Detective Bacon, and SEPTA Police Detective Bryan McCauley | : : : : : | |

**PER CURIAM**                    **O R D E R**

NOW, July 6, 2023, having considered Appellees' application for reconsideration and Appellants' answer in response thereto, the application is DENIED.